JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-057-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER TO MODIFY BOND CONDITIONS |
| STERLING BOLIMA, | |
| Defendants. | |

The Court, having reviewed the record and files in this case and after consideration of the agreed motion, hereby grants the motion to modify the Defendant's bond conditions. Mr. Bolima will remain on GPS monitoring. However, the level of monitoring shall be changed from "home confinement" to "curfew" monitoring.

IT IS SO ORDERED.

Dated this 27th day of November, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Dennis Carroll
Assistant Federal Public Defender
Attorney for Sterling Bolima

~~(PROPOSED)~~ ORDER TO MODIFY
BOND CONDITIONS
(USA v. Bolima / CR19-057-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100